# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Healthcare Ally Management of California, LLC<br><br>Plaintiff,<br><br>v.<br><br>LegalZoom.com, Inc. et al and DOES 1-10,<br><br>Defendants. | Case No.: 2:23-cv-04090-SVW-JPR<br><br>**ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based on the Stipulation of Defendant, LegalZoom.com, Inc. and Plaintiff, Healthcare Ally Management of California, LLC,

It is **HEREBY ORDERED** as follows:

1. The above-entitled action, Case No. 2:23-cv-04090-SVW-JPR, is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

2. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: October 18, 2023        By: _____
                                       Hon. Stephen V. Wilson

134213157v1